EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JAN 4 2012

ANTHONY SHAFFER )
)
      Plaintiff, )
)
v. ) Civil Action No. 2:11cv376
)
MONARCH BANK )
d/b/a MONARCH MORTGAGE )
)
      Defendant. )

**STIPULATION OF DISMISSAL WITH PREJUDICE**

THIS DAY came the Plaintiff, Anthony Shaffer, by counsel, and Defendant, Monarch Bank d/b/a Monarch Mortgage, by counsel, and represented to the Court that all matters in controversy between the parties in this action have been settled and compromised.

Based upon the representations of the parties and for good cause shown, it is hereby ORDERED that this action be, and the same hereby is, DISMISSED WITH PREJUDICE. This matter will be removed from the Court's active docket.

ENTERED this __4__ day of __January__, __2012__.

/s/
Robert G. Doumar
Senior United States District Judge
_____
Judge

I-1073987.1
12/23/2011

WE ASK FOR THIS:

/s/ James T. Lang 12/27/11
James T. Lang, Esquire (VSB #65153)
Kristen R. Jurjevich, Esquire (VSB #80532)
Counsel for Anthony Shaffer
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
(757) 490-3000 Telephone
(757) 497-1914 Facsimile
jlang@pendercoward.com
kjurjevich@pendercoward.com


/s/ Brett A. Spain
Brett A. Spain, Esquire (VSB No. 44567)
Counsel for Monarch Bank d/b/a Monarch Mortgage
WILLCOX & SAVAGE P.C.
440 Monticello Avenue
Wells Fargo Center, Ste. 2200
Norfolk, Virginia 23510
(757) 628-5500 Telephone
(757) 628-5566 Facsimile
bspain@wilsav.com

I-1073987.1
12/23/2011